41,864-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Dave Greer #1829754
WAyne Scott Unit
6999 Retrieve Rd
Angleton. Texas 77515

Dec ember 2, 2015

Abel Acosta, Clerk
Brazos County District Clerk
Marc Hamlin
300 E. 26th St. Suite 1200
Bryan, Texas 77803

Re: Ex Parte Dave Greer Writ No. 12-03324-CRF-272-A

Dear Mr. Hamlin;

This is my letter to provide you with and all below listed parties **NOTICE PURSUANT TO TEX. R.CIV. PROC. RULE 694 OF MY INTENT TO FILE A WRIT OF MANDAMUS.** This Honorable Court on July 6, 2015 issued an order designating issues that needs to be resolved for my trial counsel Earl Gray, and appellate counsel Mary Hennessy had to each prepare a notorized affidavit answering the allegations listed in this order that are a part of Applicant's writ. This was in efforts to allow Applicant to develop a factual basis for his claims. These respective affidavits were due on or before October 6, 2015. Only one incomplete affidavit was forthcoming from Attorney M. Hennessy. Attorney Gray completely failed to comply with this order. Applicant therefore, on November 2, 2015 filed his motion to enforce the court's order to hold each attorney in contempt. This Honorable Court has failed to rule on this motion. An Habeas Corpus proceeding is an expedited proceeding. This thirty day period to rule on this motion is more than a reasonable amount of time as such Applicant is entitled to the issuance of a writ of mandamus to secure a ruling on this motion. See Barnes v. State, 832 S.W.2d 424, 425 (Tex. App.-Houston [1st Dist.] 1992) Appellant is exercising due diligence to both obtain these attorneys affidavit and to develop the factual basis of these *and other* claims. Dowthitt v. Johnson, 230 F.3d 733, 758 (5th Cir. 2000).

Please list this letter on the court docket sheet in this cause and transmit a copy of the same to the Court of Criminal Appeals

Respectfully requested,

Dave D. Greer

CC: Honorable Judge; Travis Bryan III
    300 E. 26th St. Ste. 204
    Bryan, Texas 77803

    District Attorney; Jarvis Parsons
    300 E. 26th St. Suite 1200
    Bryan, Texas 77803

    Attorney: Mary Hennessy
    P.O. Box 2536
    Breham, Texas 77834

Court of Criminal Appeals
Clerk: Abel Acosta
Supreme COURT Building
201 W. 14th St. Rm. 106
Austin, Texas 78701-1445

Attorney; Earl Gray
103 North Main
Bryan, Texas 77803

The Honorable Judge; Kyle Hawthorn
300 East 26th St. Suit 224
Bryan, Texas 77803